No. 80–815. Council of Greenburgh Civic Assns. et al. v. United States Postal Service. Appeal from D. C. S. D. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–1740. Lance v. Federal Election Commission. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–1797. Ryan Outdoor Advertising, Inc. v. City of Salinas. Appeal from Ct. App. Cal., 1st App. Dist. Judgment vacated and case remanded for further consideration in light of *Metromedia, Inc.* v. *San Diego, ante,* p. 490.

No. 79–1690. Stanton, Administrator, Indiana Department of Public Welfare v. Brown et al. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Schweiker* v. *Gray Panthers, ante,* p. 34.

No. 79–1896. Arkansas Louisiana Gas Co. v. Hall et al. Ct. App. La., 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Arkansas Louisiana Gas Co.* v. *Hall, ante,* p. 571. Justice Stewart took no part in the consideration or decision of this case.

No. 80–126. Outboard Marine Corp. v. Illinois et al. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Milwaukee* v. *Illinois,* 451 U. S. 304 (1981).